64 A.3d 620

**Brandon GOSS, Appellant**

v.

**PENNSYLVANIA STATE TROOPERS ASSOCIATION,**
Commissioner Frank Noonan and Pennsylvania
State Police, Appellees.

**No. 57 MAP 2012.**

Supreme Court of Pennsylvania.

March 25, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of March, 2013, the Order of the Commonwealth Court is AFFIRMED.